UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY DELANE HUDSON,

    Defendant.
_____/

Case No. 1:20-cr-132

Honorable Robert J. Jonker

**ORDER**

    Defendant appeared before me with counsel on December 20, 2024, for a detention hearing on the petition for warrant or summons for offender under supervision, FED. R. CRIM. P. 32.1(b)(1). I find that defendant has not sustained the burden of demonstrating by clear and convincing evidence an eligibility for bond, and defendant is remanded to the custody of the Attorney General pending a final revocation hearing. Accordingly:

    **IT IS ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Date: December 20, 2024

    /s/ Ray Kent
    RAY KENT
    United States Magistrate Judge